FILE COPY

No. 07-11-00040-CR

| | | |
|---|---|---|
| Martha Hernandez<br>  Appellant | § | From the 331st District Court<br>  of Travis County |
| | § | |
| v. | § | January 17, 2014 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion by Justice Campbell |
| | § | |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated January 17, 2014, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal in forma pauperis, no costs beyond those which may have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o